**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| RODNEY BLACKMON, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:11CV00712   SWW |
| GORDMANS, INC., | * | |
| Defendant. | * | |

## Order

Before the Court is the parties' joint motion to extend the discovery to July 31, 2012, and the motions deadline to August 17, 2012.  For good cause, the motion [docket entry 10] is granted.

SO ORDERED this 14th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE